

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00085-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On February 11, 2022, relator filed a petition for writ of mandamus, and the respondent filed a response. We conditionally GRANT the petition for writ of mandamus and ORDER the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, VACATE decretal paragraphs 2.2 and 2.3 of her February 3, 2022 "Order Following Hearing Regarding Placement for the Child [A.A.]." *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order. This court's February 14, 2022 stay of the February 3, 2022 order is LIFTED.

We GRANT relator's Motion to Dismiss its Motion for Review of Further Orders.

It is so **ORDERED** on July 20, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-00396, styled *In the Interest of A.A. and T.F.B., Children*, pending in the 57th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this original proceeding.